UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**TERENCE McADAMS and**
**THERESA McADAMS,**
        **Plaintiffs,**

    v.                                            Case No. 13-C-0899

**WHEATON FRANCISCAN MEDICAL**
**GROUP, et al.,**
        **Defendants.**

---

## DECISION AND ORDER

In August 2013, Terence and Theresa McAdams filed a complaint against Wheaton Franciscan Medical Group, State Collection Service, Inc., Heuer Law Offices, Gary Koch, and Kerstin Pezawski. The complaint alleged violations of the Fair Debt Collections Practices Act ("FDCPA"), the Fair Credit Reporting Act ("FCRA"), and state law. In an order dated June 10, 2014, I granted the defendants' motions to dismiss the complaint but also granted the plaintiffs leave to file an amended complaint alleging violations of the FCRA. After the plaintiffs filed their amended complaint, the defendants again moved to dismiss. In an order dated October 17, 2014, I dismissed the complaint without prejudice on the ground that the complaint did not comply with Federal Rules of Civil Procedure 8(a) and 10(b) and Civil Local Rules 10(a) and 15(a). Since that time, the plaintiffs have not sought to file a proper complaint. From this, I infer that the plaintiffs are not interested in pursuing claims under FCRA at this time. I will direct the Clerk of Court to enter judgment dismissing the FCRA claims without prejudice. Consistent with my order of June 10, 2014, all other claims alleged in the original complaint will be dismissed with prejudice.

Accordingly, **IT IS ORDERED** that the Clerk of Court enter judgment dismissing plaintiffs' FCRA claims without prejudice and dismissing all other claims alleged in the original complaint with prejudice.

Dated at Milwaukee, Wisconsin, this 26th day of January 2015.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge